THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS JOHNSON, Appellant.

Beldock, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD KAUFMAN, Appellant.

Beldock, P. J., Brennan, Hopkins, Benjamin and Nolan, JJ., concur.